JANET M. HEROLD, Regional Solicitor
CHERYL L. ADAMS, Senior Trial Attorney
California State Bar Number 208244
Email: Adams.Cheryl.L@dol.gov
BENJAMIN BOTTS, Trial Attorney
California State Bar No. 274542
Email: Botts.Benjamin.R@dol.gov
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7759
Facsimile: (415) 625-7772

Attorneys for Plaintiff, Thomas E. Perez, Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ,[1] Secretary of Labor, United States Department of Labor,<br><br>        Plaintiff,<br>  v.<br><br>OCAMPO GACILAN HOME, INC., a California Corporation; COUNTRY ELEGANCE INC., a California Corporation; BILBY HOME INC., a California Corporation; and JAIME G. GACILAN, an individual,<br><br>        Defendants. | Case No.: 13-cv-01308-MCE-EFB<br><br>**JOINT STIPULATION EXTENDING DEADLINE TO FILE RULE 26 JOINT STATUS REPORT**<br><br>Hon. Morrison C. England, Jr. |

---

[1] Thomas E. Perez was sworn in as Secretary of Labor on July 23, 2013.  Pursuant to F.R.C.P. 25(d) the caption has been changed to reflect his appointment.

1

Pursuant to the Court's July 1, 2013 Order, the Parties are required to meet and confer and file a joint Rule 26 status report within 60 days of service of the complaint. Dkt. No. 3 at 2-3. Service on all Defendants was completed on September 18, 2013, when the United States Secretary of Labor (Secretary) filed the waivers of service signed by Defendants' counsel. *See* Fed. R. Civ. P. 4(d)(4); Dkt. Nos. 5-8. Accordingly, the joint report is due to be filed by November 18, 2013.

Given the unavailability of the Secretary's counsel during the federal government shutdown (between October 1-16, 2013), and in order to provide the parties sufficient time to meet and confer, the parties hereby stipulate to extend the filing deadline for the joint Rule 26 status report 15 days, until December 2, 2013.

AGREED:

Dated: October 29, 2013        By:    /s/ Benjamin Botts
                                      BENJAMIN BOTTS
                                      U.S. Department of Labor
                                      Office of the Solicitor
                                      Attorneys for Plaintiff

Dated: October 29, 2013        By:    /s/ Justin Rodriguez (as authorized on 10/29/13)
                                      JUSTIN RODRIGUEZ
                                      Shimoda Law Corp.
                                      Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: October 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2